UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14155-CIV-MARRA

JOEL PRICE,

    Plaintiff,

v.

INDIAN RIVER MEMORIAL HOSPITAL,
INC., d/b/a ww.indianrivermedicalcenter.com,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAL**

This Cause is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, which was filed on December 20, 2017 (DE 27). The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of December, 2017.

_____
KENNETH A. MARRA
United States District Judge